# United States District Court
## District of Maryland

UNITED STATES OF AMERICA

v.

**DONTRELL TAYLOR**

2005 AUG 30  P 3:39

**WARRANT FOR ARREST**

# 07-474-M-01

Case No. 03-3682M

**DETAINER - DC DEPARTMENT OF CORRECTION**

TO:   The United States Marshal and any
      Authorized United States Officer

   YOU ARE HEREBY COMMANDED to arrest __Dontrell Taylor__ and bring him/her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment   [ ] Information   [ ] Complaint   [ ] Order of Court   [X] Violation Notice   [ ] Probation Violation Petition

charging him/her with *(brief description of offense)*:

   SEE ATTACHED VIOLATION OF PROBATION - WARRANT REQUEST

**FILED**

SEP 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

in violation of Title 18 United States Code, Section(s) __3606__

__THOMAS DIGIROLAMO__
Name of Issuing Officer

__MARIE WALBURN__
(By) Deputy Clerk

__MAGISTRATE JUDGE__
Title of Issuing Officer

__August 26, 2005     Greenbelt, MD__
Date and Location

Bail fixed at $_____NO BOND_____

by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest | | |

U.S. DISTRICT COURT (Rev. 12/98)

(Rev 3/SKI)

# United States District Court
### for the
## DISTRICT OF MARYLAND

WARRANT
NEEDED

Mag No 07-474

U.S.A. vs. Dontrell Taylor

Docket No.: 03-3682M
& Docket No.: 04-3207

FILED

Petition on Probation

SEP 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

COMES NOW Susana C. Merchant PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of **Dontrell Taylor** who was placed on supervision for **Driving While Intoxicated and for Operating After Suspension** by the Honorable **Thomas M. DiGirolamo, U.S. Magistrate Judge**, sitting in the court at **Greenbelt, Maryland**, on the 31ˢᵗ day of March, 2004, and on the 13ᵗʰ day of September 2004, respectively, who fixed the period of supervision at 18 months, and 12 months, respectively, and imposed the general terms and conditions theretofore adopted by the court and also imposed additional conditions and terms (in both cases) as follows:

1. The defendant shall satisfactorily participate in a treatment program approved by the probation officer relating to substance and/or alcohol abuse, which may include evaluation, counseling, and testing as deemed necessary by the probation officer.
2. The defendant shall attend a victim impact program as directed by the probation officer.
3. The defendant shall perform 25 hours of community service as directed by the probation officer within 90 days.
4. The defendant shall pay a fine of $140 in equal monthly installments of $10 each month, over a period of 18 months (DWI Case only).
5. The defendant shall pay a special assessment of $10 (Each case).

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

(If short insert here, if lengthy write on separate sheet and attach)

WHEREAS: On June 17, 2005, Mr. Taylor was arrested and charged with Assault with a Dangerous Weapon-Gun, by the Metropolitan Police Department for the District of Columbia in violation of the Statutory Condition which states that the defendant shall not commit any federal, state or local crime.

WHEREAS: On June 7, 2005, Mr. Taylor did not comply with instructions by the probation officer to report to the Mitch Snyder Shelter in Washington, DC to begin community service hours, in violation of the standard condition of probation which states that the offender should follow the instructions of the probation officer.

WHEREAS: Mr. Taylor has not completed his community service hours, despite being directed to do so at the Mitch Snyder Shelter in Washington, DC, in violation of the special condition of probation which states that the defendant shall perform 25 hours of community service as directed by the probation officer within 90 days.

WHEREAS: Mr. Taylor has not paid his court ordered fine or special assessment in either of the aforementioned cases, for a total delinquency of $160, in violation of the special condition which states that the defendant shall pay a fine of $140 (DWI), and a special assessment of $20 (both cases).

PRAYING THAT THE COURT WILL ORDER a warrant be issued for the arrest of Dontrell Taylor for alleged violations of probation or term of supervised release.

ORDER OF COURT

Considered and ordered as prayed this 24th day of Aug, 2005 and ordered filed and made a part of the records in the above case.

_____
Thomas M. DiGirolamo
U.S. Magistrate Judge

Respectfully,

_____
Susana C. Merchant, U.S. Probation Officer

Place   Greenbelt, Maryland

Date    August 25, 2005

U.S. Probation and Pretrial Services
# M E M O R A N D U M

DATE:        August 25, 2005

TO:          The Honorable Thomas M. DiGirolamo
             U.S. Magistrate Judge

FROM:        Susana C. Merchant
             U.S. Probation Officer

RE:          TAYLOR, Dontrell
             Docket No.: 03-3682M
             Exp. Date: 9/30/2005

SUBJ:        Notice of Violation - Warrant Requested

**Sentencing Information:**
On March 31, 2004, Dontrell Taylor appeared before Your Honor for sentencing subsequent to conviction for the offense of Driving While Intoxicated. He was placed on probation for a period of 18 months, with the following conditions imposed: 1) The defendant shall satisfactorily participate in a treatment program approved by the probation officer relating to substance and/or alcohol abuse, which may include evaluation, counseling, and testing as deemed necessary by the probation officer; and 2) The defendant shall attend a victim impact program as directed by the probation officer.

On September 13, 2004, Dontrell Taylor appeared before Your Honor for sentencing subsequent to conviction for the offense of Driving While License Suspended. He was placed on probation for a period of 12 months, with the following conditions imposed: 1) The defendant shall attend a victim impact program as directed by the probation officer, and 2) The defendant shall perform 25 hours of community service as directed by the probation officer within 90 days.

**Adjustment to Supervision/Violations Alleged:**

Mr. Taylor's case was transferred to the United States Probation Office in the District of Columbia in accordance with his residence. On August 1, 2005, this office received notice from United States Probation Officer, Frederick A. Albert, that the offender was arrested, and had not completed his community service requirement, and had not paid his court ordered fees.

USPO Albert's report indicated that while trying to make regular contact with the offender on July 25, 2005, he learned the offender was incarcerated. After further investigation, he also learned the offender had been arrested on June 17, 2005 by the Metropolitan Police Department, and charged with Assault with a dangerous weapon-gun. A request for the police report has been made but has

not been forwarded.

On August 24, 2005, USPO Albert phoned this office and reported that the offender's next court date is set for September 1, 2005, and that he remains in custody.

In addition, USPO Albert indicated that the offender's adjustment has been poor, as evidenced by his inability to obtain and maintain employment. It should be noted that the offender has completed his substance abuse treatment requirement, and that all urine specimens have had negative results. Based on the above, this officer alleges the following violations of supervision:

1.  On June 17, 2005, Mr. Taylor was arrested and charged with Assault with a Dangerous Weapon-Gun, by the Metropolitan Police Department for the District of Columbia in violation of the Statutory Condition which states that the defendant shall not commit any federal, state or local crime.

2.  On June 7, 2005, Mr. Taylor did not comply with instructions by the probation officer to report to the Mitch Snyder Shelter in Washington, DC to begin community service hours, in violation of the standard condition of probation which states that the offender should follow the instructions of the probation officer

3.  Mr. Taylor has not completed his community service hours, despite being directed to do so at the Mitch Snyder Shelter in Washington, DC, in violation of the special condition of probation which states that the defendant shall perform 25 hours of community service as directed by the probation officer within 90 days.

4.  Mr. Taylor has not paid his court ordered fine or special assessment in either of the aforementioned cases, , for a total delinquency of $160, in violation of the special condition which states that the defendant shall pay a fine of $140 (DWI), and a special assessment of $20 (both cases).

**Recommendation:**
Based on the violations stated above, this officer respectfully recommends a warrant be issued for the arrest of Dontrell Taylor for alleged violations of probation or term of supervised release. It is further recommended that a detainer be lodged as he is currently in custody in DC jail.

In addition, pursuant to 18 U.S.C. 3564(b), a term of probation does not run while the defendant is imprisoned in connection with a conviction for a Federal, State, or local conviction, unless the imprisonment is less than 30 days. Therefore, should the offender be convicted of said new charges, it is recommended his time be tolled, thereby delaying his scheduled expiration date by length of time he is incarcerated.

As soon as further information regarding new offense conduct is received, the Court will be duly notified. In addition, the pending matters in the District of Columbia will continue to be monitored.

I have attached a Form 12 for the Court to execute, should Your Honor concur.

Should Your Honor have any questions or concerns, this officer is available at (301) 344-3579.

TAYLOR, Dontrell
Violation Report
Page 3

Mr. Taylor's last known address is 3508 Stanton Road, S.E., Washington, DC 20020.

Mr. Taylor was represented at sentencing by , Office of the Federal Public Defender, 6411 Ivy Lane, Suite 710, Greenbelt, MD 20770-4510.

The Government was represented at sentencing by , U.S. Courthouse, Suite 400, 6500 Cherrywood Lane, Greenbelt, Maryland 20770.


Attachment